**SARA M. PELOQUIN**
California State Bar No. pending
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
sara_peloquin@fd.org

Attorneys for Mr. Guerra

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**JOSE MALDONADO GUERRA JR.**,  )<br>  )<br>Defendant.  )<br>_____) | Case No. 08mj0339<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: February 8, 2008       *s/ Sara M. Peloquin*
                              Federal Defenders of San Diego, Inc.
                              *sara_peloquin@fd.org*