UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>           Plaintiff,                         )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>JOSE MALDONADO GUERRA,     )<br>                                                          )<br>           Defendant.                     )<br>_____) | Case No. 08mj0339<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

>   Assistant United States Attorneys Office
>   880 Front Street
>   San Diego, CA  92101

Dated: February 8, 2008                                                  *s/Sara Peloquin*
                                                                                         **SARA M. PELOQUIN**
                                                                                         Federal Defenders
                                                                                         225 Broadway, Suite 900
                                                                                         San Diego, CA 92101-5030
                                                                                         (619) 234-8467  (tel)
                                                                                         (619) 687-2666  (fax)
                                                                                         E-mail:sara_peloquin@fd.org