**PLEASE RECEIPT AND RETURN**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
) CASE NUMBER __08mj0339__
vs )
) ABSTRACT OF ORDER
Jose Maldonado-Guerra, Jr. )
) Booking No. _____
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/20/08__
the Court entered the following order:

__X__ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
__X__ Defendant released on $ __30,000__ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other._____

UNITED STATES MAGISTRATE JUDGE

Received _____     W. SAMUEL HAMRICK, JR.  Clerk
         DUSM                    by
                                    _____ Deputy Clerk

RECEIVED 2008 FEB 20 A 11:23

Crim-9   (Rev 6-95)                          ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY