**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Defendant Mr. Maldonado-Guerra

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          Plaintiff,             )<br>                                 )<br> v.                              )<br>                                 )<br> **JOSE MALDONADO-GUERRA**,          )<br>                                 )<br>          Defendant.             )<br>                                 ) | Case No. 08mj0339<br><br>**NOTICE OF APPEARANCE** |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-chair attorney in the above-captioned case.

                                                        Respectfully submitted,

Dated: February 28, 2008                     s/ *Michelle Betancourt*
                                                     **MICHELLE BETANCOURT**
                                                     Federal Defenders of San Diego, Inc.
                                                     Attorneys for Defendant
                                                     michelle_betancourt@fd.org